**RUTH E. NEAL v. JAMES CLIFTON NEAL**

34 So. (2nd) 741                                     January Term, 1948
April 2, 1948                                              En Banc

*Branch & Goff,* for appellant.

*James Henry Taylor,* for appellee.

BARNS, J.:

Plaintiff filed her bill in the Circuit Court of Hillsborough County and by answer the defendant raised the question of his right to be sued in Duval County where he resided and where plaintiff's cause of action, if any, accrued. See Section 46.01 F.S. 1941 F.S.A.

The Chancellor found upon defendant's claim of privilege that Duval County was the proper venue for such action.

Affirmed.

THOMAS, C. J., ADAMS and SEBRING, JJ., concur.

TERRELL and CHAPMAN, JJ., dissent.